IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| OSCAR RANGEL, JR., ET AL.,<br><br>　Plaintiffs,<br><br>v.<br><br>CASE & ASSOCIATE PROPERTIES,<br>INC. d/b/a CASE PROPERTIES, INC.,<br><br>　Defendant. | §<br>§<br>§<br>§<br>§<br>§　EP-17-CV-00057-KC<br>§<br>§<br>§<br>§<br>§ |

## ORDER

On this day, the Court considered the parties' Joint Motion for Settlement, ECF No. 23, in the above-captioned case. Upon due consideration, the Court finds that the settlements reached with Plaintiffs were fair and reasonable based upon the facts of the case, including the award of attorney's fees. The Court further finds that there was a bona fide dispute over the claims at issue and both sides were represented by capable counsel in reaching an agreed resolution of the claims. For these reasons, the Court **ORDERS** that the parties' Joint Motion for Settlement, ECF No. 23, is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is hereby dismissed with prejudice.

The Clerk shall close the case.

**SO ORDERED.**

SIGNED this 2nd day of April, 2018.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE